NELLIE BABBISH, as Administratrix, etc., v. STEAMSHIP TERMINAL OPERATING CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEATRICE P. TRENKMAN v. ISAAC T. FLATTO, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALLEN THEATRE CORPORATION v. GRAND ALLEN HOLDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IKE GOODMAN v. HARRY GOODMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CARMINE EPIFANO v. HARRINGTON BROS., INC., Also Known as HARRINGTON BROTHERS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES I. KLINGENSTEIN and Others v. COOLIDGE HOLDING Co., INC., and Others. REGINALD FIELD, Receiver, Respondent.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM CIACCIA, an Infant, etc., v. ABRAHAM HOROWITZ.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THERESA AULISO GUARINO, as Administratrix, etc., v. O. CIVIL TRUCKMAN, INCORPORATED, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN J. HOLMER v. ELIZABETH HOLMER. (Action No. 1.) ELIZABETH HOLMER v. JOHN J. HOLMER. (Action No. 2.) — Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA RYAN and Another, as Executors and Trustees, etc., of EUGENE J. FLOOD, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAE DERETCHIN EDISON v. SAMUEL GEORGE EDISON.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGARET MEADE v. AGNES MURRAY and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY M. STEIN and Another v. BEATRICE SCHAVRIEN.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.